IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-11240

_____


FRANKIE MATHIS, on behalf of Brandie Mathis, on behalf of Andre
Ramel Mathis, on behalf of Brittney Mathis, on behalf of Chester
Andre Mathis, Individually and as next friend of Brandie Mathis,
Andre Ramel Mathis, and Brittney Mathis, Minors, and as Personal
Representative of the Estate of Chester Andre Mathis, Deceased

Plaintiff-Appellee,

v.

KEVIN D DAVIS, Individually

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Texas
3:95-CV-477-D
_____
July 28, 1997
Before KING, DUHÉ, and WIENER, Circuit Judges.

PER CURIAM:[*]

After carefully reviewing the record and the district

court's order denying summary judgment in this case, we conclude

that we lack jurisdiction to hear the appeal because there are

genuine issues of material fact.  Johnson v. Jones, 115 S. Ct.

2151 (1996).  Therefore, we DISMISS the appeal for lack of

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

jurisdiction.